# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:22-cr-00197 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| ROY GENE NICHOLSON, III | ) | |

## ORDER

Pending before the Court is the United States' unopposed motion to dismiss indictment (Doc. No. 42), requesting that the Court dismiss the Indictment against Defendant Roy Gene Richardson III, without prejudice, under Rule 48(a) of the Federal Rules of Criminal Procedure. The motion is **GRANTED**, and the Indictment against Defendant Roy Gene Richardson III is **DISMISSED** without prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE